PETITION FOR REVIEW GRANT-
ED.

Mohammad Daniul ISLAM, Petitioner,

v.

John ASHCROFT, Attorney
General,* Respondent.

No. 02–72323.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2004.**

Decided March 23, 2004.

Estela Richeda, Law Offices of Estela S.
Richeda, Pasadena, CA, for Petitioner.

Regional Counsel, Western Region Im-
migration & Naturalization Service, Lagu-
na Niguel, CA, Los Angeles District
Counsel, Office of the District Counsel,
Department of Homeland Security, Los
Angeles, CA, Ronald E. LeFevre, Chief
Legal Officer, Office of the District Coun-
sel, Department of Homeland Security,
San Francisco, CA, Richard M. Evans,
Esq., Michael J. Dougherty, DOJ—U.S.

Department of Justice, Washington, DC,
for Respondent.

Before B. FLETCHER, WARDLAW
and CLIFTON, Circuit Judges.

MEMORANDUM ***

Mohammad Daniul Islam petitions for
review of the decision of the Board of
Immigration Appeals ("BIA"), summarily
affirming without opinion the immigration
judge's ("IJ") denial of his applications for
asylum and withholding of deportation.
We have jurisdiction pursuant to 8 U.S.C.
§ 1105a(a). We review for substantial evi-
dence, *Malhi v. INS,* 336 F.3d 989, 992
(9th Cir.2003), and we deny the petition for
review.

The IJ did not make an adverse credibil-
ity determination. Taking Islam's testimo-
ny as true, substantial evidence supports
the IJ's finding that the discrimination de-
scribed by Islam does not amount to past
persecution, and does not create an objec-
tively reasonable fear of future persecu-
tion. *See Nagoulko v. INS,* 333 F.3d 1012,
1015–16 (9th Cir.2003). Further, having
failed to meet the standard for asylum,
Islam necessarily fails to satisfy the more
stringent standard for withholding of de-
portation. *See Valderrama v. INS,* 260
F.3d 1083, 1085 (9th Cir.2001).

Finally, Islam's claim that the BIA's af-
firmance without an opinion violates his
due process rights is foreclosed by *Falcon
Carriche v. Ashcroft,* 350 F.3d 845, 849–51
(9th Cir.2003) (deciding that the BIA's

* The court sua sponte changes the docket, pur-
suant to 8 U.S.C. § 1252(b)(3)(A), to reflect
that John Ashcroft, Attorney General, is the
proper respondent.

** This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

streamlining procedure does not violate an alien's due process rights).

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.